```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF FLORIDA
                        GAINESVILLE DIVISION
```

IN RE:                                    CASE NO. 08-10193-GVL1
                                          CHAPTER 13
JAMES P. CUDA
LYNNE R. CUDA

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SPIRIT OF AMERICA NATIONAL BANK which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410420 in the amount of 52.90 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"
</pre>

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

<pre>
JAMES P. CUDA                 SPIRIT OF AMERICA NAT'L BANK
LYNNE R. CUDA                 LANE BRYANT/FIRST EXPRESS
2634 NW 33RD PLACE            P.O. BOX 856132
GAINESVILLE, FL  32605        LOUISVILLE, KY 40285-6132

AND

SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                                 /s/Leigh D. Hart or
                                 /s/William J. Miller, Jr.
3/31/2011 12:17 pm / CR_213         OFFICE OF CHAPTER 13 TRUSTEE
</pre>