UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                         CASE NO. 08-10193-GVL1
                                               CHAPTER 13
JAMES P. CUDA
LYNNE R. CUDA

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SPIRIT OF AMERICA NATIONAL BANK which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 421093 in the amount of 52.89 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>　/s/Leigh D. Hart or
>　/s/William J. Miller, Jr.
>　　OFFICE OF THE CHAPTER 13 TRUSTEE
>　　POST OFFICE BOX 646
>　　TALLAHASSEE, FL 32302
>　　ldhecf@earthlink.net
>　　(850) 681-2734 "Telephone"
>　　(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| JAMES P. CUDA | SPIRIT OF AMERICA NAT'L BANK |
| LYNNE R. CUDA | LANE BRYANT/FIRST EXPRESS |
| 2634 NW 33RD PLACE | P.O. BOX 856132 |
| GAINESVILLE, FL 32605 | LOUISVILLE, KY 40285-6132 |

AND

SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>　/s/Leigh D. Hart or
>　/s/William J. Miller, Jr.
>　　OFFICE OF CHAPTER 13 TRUSTEE

9/29/2011  1:56 pm / CR_213